IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

                Plaintiff,

      v.

**RICARDO NUNEZ**

                Defendant.

**SEALED**

CR NO: 1:25-MJ-00072 SAB

**FILED**
Jun 26, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Ricardo Nunez
Detained at: Fresno County Jail
Detainee is: a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
      charging detainee with: Title 21, United States Code, Sections 846, 841(a)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 27, 2025 at 2:00 PM in Courtroom 8 in the Robert E. Coyle United States Courthouse*

Signature: /s/ Antonio J. Pataca
Printed Name & Phone No: ANTONIO J. PATACA
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on June 27, 2025, at 2:00 PM in Courtroom 8, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jun 26, 2025**



Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2317919 | DOB: | 7/31/2002 |
| Facility Address: | 225 M St, Fresno, CA 93721 | Race: | Hispanic |
| Facility Phone: | (559) 600-8600 | FBI#: | P6K81KD5H |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

(signature)